# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD DUTRA, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, INC. d/b/a ALLIED WASTE SERVICES OF SAN MATEO, INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 350, PRESIDENT LARRY DAUGHERTY, and DOES 1-40,<br><br>　　　　　Defendants. | Case No. 12-cv-3338 NC<br><br>**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 4 |

　　　Plaintiff Harold Dutra, Jr. filed this § 1981 complaint for damages and injunctive relief on June 28, 2012. The parties have an initial case management conference scheduled before this Court on October 3, 2012. Because plaintiff's counsel has been engaged in various ongoing trials, counsel requests that the initial case management conference be continued. Counsel represents that service of the summons and complaint should be completed by October 10, 2012.

　　　In light of the fact that the summons and complaint have not been served and for good cause shown, the Court GRANTS plaintiff's request and continues the October 3, 2012 case management conference to November 28, 2012 at 10:00 a.m. The parties are

Case No. 12-cv-03338
ORDER RE REQUEST TO
CONTINUE CMC

1  to file a joint case management statement by November 21, 2012.

2  The parties must file their consent or declination to the jurisdiction of a magistrate
3  judge by November 21, 2012.

4  IT IS SO ORDERED.

6  DATED: October 1, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge