# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD DUTRA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, INC. d/b/a ALLIED WASTE SERVICES OF SAN MATEO, INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 350, PRESIDENT LARRY DAUGHERTY, and DOES 1-40,<br><br>Defendants. | Case No. 12-cv-3338 NC<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO SERVE** |

Plaintiff Harold Dutra, Jr. filed this § 1981 complaint for damages and injunctive relief on June 28, 2012. The parties had an initial case management conference scheduled before this Court on October 3, 2012. Plaintiff sought and the Court granted plaintiff's request to continue the case management conference to November 21, 2012. Dkt. Nos. 4, 5. Plaintiff failed to appear at the case management conference, failed to file a case management conference statement, and has yet to consent or decline the jurisdiction of a magistrate judge as required under 28 U.S.C. § 636(c). In addition, plaintiff has yet to serve the summons and complaint on defendants.

Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within 120 days of filing the complaint. Fed. R. Civ. P. 4(m). If a defendant is not

served within 120 days, the court may dismiss the action after notice to the plaintiff. *Id.* As more than 120 days have passed since Dutra filed the complaint, he must show cause in writing by December 12, 2012, why this action should not be dismissed under Rule 4(m). Dutra must also consent or decline to the jurisdiction of a magistrate judge by this date.

IT IS SO ORDERED.

DATED: December 5, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge