1

2

3

4

5

6        **UNITED STATES DISTRICT COURT**

7        **NORTHERN DISTRICT OF CALIFORNIA**

8        **SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| 10  HAROLD DUTRA, JR., | Case No. 12-cv-3338 NC |
| 11                   Plaintiff, | |
| 12          v. | **ORDER TO SHOW CAUSE FOR FAILURE TO SERVE** |
| 13  BFI WASTE SYSTEMS OF NORTH AMERICA, INC. d/b/a ALLIED WASTE SERVICES OF SAN MATEO, | |
| 14  INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 350, | |
| 15  PRESIDENT LARRY DAUGHERTY, and DOES 1-40, | |
| 16 | |
| 17                   Defendants. | |

18

19        Plaintiff Harold Dutra, Jr. filed this § 1981 complaint for damages and injunctive

20  relief on June 28, 2012.  The parties had an initial case management conference

21  scheduled before this Court on October 3, 2012.  Plaintiff sought and the Court granted

22  plaintiff's request to continue the case management conference to November 21, 2012.

23  Dkt. Nos. 4, 5.  Plaintiff failed to appear at the case management conference, failed to

24  file a case management conference statement, and has yet to consent or decline the

25  jurisdiction of a magistrate judge as required under 28 U.S.C. § 636(c).  In addition,

26  plaintiff has yet to serve the summons and complaint on defendants.

27        Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant

28  within 120 days of filing the complaint. Fed. R. Civ. P. 4(m).  If a defendant is not

Case No. 12-cv-3338
ORDER TO SHOW CAUSE

1    served within 120 days, the court may dismiss the action after notice to the plaintiff. *Id.*

2    As more than 120 days have passed since Dutra filed the complaint, he must show cause

3    in writing by December 12, 2012, why this action should not be dismissed under Rule

4    4(m).  Dutra must also consent or decline to the jurisdiction of a magistrate judge by this

5    date.

6        IT IS SO ORDERED.

7

8    DATED: December 5, 2012

9                                                    _____

10                                                   NATHANAEL M. COUSINS
                                                     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-3338 NC
ORDER TO SHOW CAUSE                    2