Mark G. Kisicki (CA Bar No. 150057)
mark.kisicki@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Esplanade III, Suite 800
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:     602.778.3700
Facsimile:      602.778.3750

Christopher M. Ahearn (CA Bar No. 239089)
chris.ahearn@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Market Plaza
Steuart Tower, Suite 1300
San Francisco, CA 94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant BFI Waste Systems of North America, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DUTRA, JR.,<br><br>              Plaintiff,<br><br>    vs.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, INC. D/B/A ALLIED WASTE SERVICES OF SAN MATEO, INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 350, PRESIDENT LARRY DAUGHERTY, and DOES 1-40,<br><br>              Defendants. | Case No. CV-12-3338-NC<br><br>**DEFENDANT BFI WASTE SYSTEMS OF NORTH AMERICA, LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE:             MAY 29, 2013<br>TIME:              10:00 A.M.<br>LOCATION:     San Francisco<br>JUDGE:            Magistrate Judge Nathanael M. Cousins<br>COURTROOM: Courtroom: A, 15th Floor<br><br>Complaint Filed:  June 28, 2012<br>Trial Date:           Not yet assigned |

1     Pursuant to Local Rule 16-10(a), Mark G. Kisicki, lead counsel and counsel of record for
2 Defendant BFI Waste Systems of North America, LLC, respectfully requests the Court's
3 permission to attend the Case Management Conference, scheduled in this matter for May 29, 2013
4 at 10:00 a.m., by telephone. Mr. Kisicki will be able to fully participate in the Case Management
5 Conference by telephone without detriment to the proceedings. This request is made to alleviate
6 any undue hardship in appearing personally.

7     Mr. Kisicki, direct line is (602) 778-3757. If this request is granted, Mr. Kisicki will be on
8 standby to receive the Court's call.

10 DATED: May 21, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Christopher M. Ahearn*
    Christopher M. Ahearn
    Mark G. Kisicki

Attorneys for Defendant BFI Waste Systems of North America, LLC

15071649.1

---

1         Case No. CV-12-3338-NC
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1 **[PROPOSED] ORDER**

2 Having read the Request for Telephonic Appearance by Defendant BFI Waste Systems

3 of North America, LLC, the Court finds that good cause exists therefore.

4 Accordingly, the Court hereby orders that:

5 Mark G. Kisicki, lead counsel and counsel of record for Defendant BFI Waste Systems of

6 North America, LLC, may appear telephonically on May 29, 2013 at 10:00 a.m., for the Case

7 Management Conference in this matter.

9 Dated: May 23, 2013

Hon. Magistrate Judge Nathanael M. Cousins
United States District Court



15071649.1

Case No. CV-12-3338-NC
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER