1  Mark G. Kisicki (CA Bar No. 150057)
   mark.kisicki@ogletreedeakins.com
2  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   Esplanade III, Suite 800
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:    602.778.3700
   Facsimile:    602.778.3750
5
   Christopher M. Ahearn (CA Bar No. 239089)
6  chris.ahearn@ogletreedeakins.com
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7  One Market Plaza
   Steuart Tower, Suite 1300
8  San Francisco, CA 94105
   Telephone:    415.442.4810
9  Facsimile:    415.442.4870

10 Attorneys for Defendant BFI Waste Systems of North America, LLC

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  HAROLD DUTRA, JR., | Case No. CV-12-3338-NC |
| 15         Plaintiff, | **DEFENDANT BFI WASTE SYSTEMS OF NORTH AMERICA, LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 16    vs. | |
| 17  BFI WASTE SYSTEMS OF NORTH AMERICA, INC. D/B/A ALLIED WASTE SERVICES OF SAN MATEO, INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 350, PRESIDENT LARRY DAUGHERTY, and DOES 1-40, | |
| 18 | DATE:        MAY 29, 2013 |
| 19 | TIME:        10:00 A.M. |
|    | LOCATION:    San Francisco |
| 20 | JUDGE:       Magistrate Judge Nathanael M. Cousins |
|    | COURTROOM:   Courtroom: A, 15th Floor |
| 21         Defendants. | |
|    | Complaint Filed:  June 28, 2012 |
| 22 | Trial Date:       Not yet assigned |

23

24

25

26

27

28

1  Pursuant to Local Rule 16-10(a), Mark G. Kisicki, lead counsel and counsel of record for
2  Defendant BFI Waste Systems of North America, LLC, respectfully requests the Court's
3  permission to attend the Case Management Conference, scheduled in this matter for May 29, 2013
4  at 10:00 a.m., by telephone. Mr. Kisicki will be able to fully participate in the Case Management
5  Conference by telephone without detriment to the proceedings. This request is made to alleviate
6  any undue hardship in appearing personally.

7  Mr. Kisicki, direct line is (602) 778-3757. If this request is granted, Mr. Kisicki will be on
8  standby to receive the Court's call.

10  DATED:  May 21, 2013                    OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.

                                            By: /s/ *Christopher M. Ahearn*
                                                Christopher M. Ahearn
                                                Mark G. Kisicki

                                            Attorneys for Defendant BFI Waste Systems of
                                            North America, LLC

                                            15071649.1

---

1                                                                     Case No. CV-12-3338-NC
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

1 **[PROPOSED] ORDER**

2   Having read the Request for Telephonic Appearance by Defendant BFI Waste Systems
3 of North America, LLC, the Court finds that good cause exists therefore.

4   Accordingly, the Court hereby orders that:

5   Mark G. Kisicki, lead counsel and counsel of record for Defendant BFI Waste Systems of
6 North America, LLC, may appear telephonically on May 29, 2013 at 10:00 a.m., for the Case
7 Management Conference in this matter.

9 Dated:   May 23, 2013

Hon. Magistrate Judge Nathanael M. Cousins
United States District Court



15071649.1

Case No. CV-12-3338-NC
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER