1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

HAROLD DUTRA, JR.,

              Plaintiff,

     v.

BFI WASTE SYSTEMS OF NORTH
AMERICA, INC. D/B/A ALLIED WASTE
SERVICES OF SAN MATEO,

              Defendant.

Case No. 12-cv-03338 NC

**ORDER DISMISSING CASE**

Re: Dkt. No. 32

On June 14, 2013, the Court granted BFI's motion to dismiss Dutra's first amended complaint under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 32. The Court dismissed the fourth, fifth, and seventh causes of action without leave to amend. *Id.* With respect to the first, second, third, and sixth causes of action, the Court permitted Dutra to file a motion for leave to amend, within 21 days from the June 14, 2013 order, attaching the proposed second amended complaint and explaining how the amendment cures the deficiencies described in the Court's order. *Id.* This deadline expired on July 5, 2013. Dutra has not filed a motion for leave to amend. Accordingly, for the reasons set forth in the Court's June 14, 2013 order granting BFI's motion to dismiss the first amended complaint, Dkt. No. 32, the Court dismisses this case with prejudice.

    The case management conference set for July 24, 2013 is vacated.

//

Case No. 12-cv-03338 NC
ORDER DISMISING CASE

1    The clerk is ordered to terminate case No. 12-cv-03338 NC.

2    IT IS SO ORDERED.

3    Date:  July 22, 2013

4                                                    Nathanael M. Cousins
                                                     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-03338 NC
ORDER DISMISING CASE                    2